IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00217-WYD

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

## **ORDER**

Pursuant to D.C.COLO.L.CivR 40.1 and the consent of Judge Arguello, this case will be reassigned to Judge Christine M. Arguello. Accordingly, it is

ORDERED that this matter is reassigned to Judge Christine M. Arguello.

Dated: February 9, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge