IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes                     Date: February 12, 2009
Court Reporter: Darlene Martinez

Civil Action No. 09-cv-00217-CMA

*Parties:*                                                                  *Counsel:*

SECURITIES AND EXCHANGE COMMISSION,          Julie Lutz
                                                                            Rebecca Franciscus
    Plaintiff,                                                        Mary Brady

v.

ENTERPRISES, LLC,                                           Robert McAllister
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Preliminary Injunction

**1:28 p.m.     Court in session.**

Also present: Defendant Donald R. Smith.

**Witness sworn and testified on behalf of the plaintiff: DEBORAH CARLSON:**
**1:58 p.m.**     Direct examination by Ms. Brady.
2:22 p.m.     Cross-examination.
2:29 p.m.     Redirect examination by Ms. Brady.
**Exhibits received:** 1, 2, 3, 4, 5, 6, 7.
**2:32 p.m.     Witness excused**.

**Witness sworn and testified on behalf of the plaintiff: KAREN NEWTON:**
**2:33 p.m.**     Direct examination by Mr. Franciscus.
2:51 p.m.     Questions by the Court.

| | |
|---|---|
| **2:52 p.m.** | **Court in recess**. |
| **3:17 p.m.** | **Court in session**. |

| | |
|---|---|
| 3:17 p.m. | Cross-examination of Ms. Newton by Mr. McAllister. |
| 3:26 p.m. | Redirect examination by Ms. Franciscus. |

**Exhibits received:** 21, 19, 20, 24, 23, 22, 42, 25.
**3:28 p.m.    Witness excused**.

**Witness sworn and testified on behalf of the plaintiff: BARBARA YEARGAN:**
**3:30 p.m.**    Direct examination by Ms. Lutz.
**Exhibits received:** 26, 27, Declaration of Rebecca L. Franciscus (Exhibit 9 to Doc. 14), 30.
**3:44 p.m.    Witness excused**.

**Witness sworn and testified on behalf of the plaintiff: IAN CARPEL:**
| | |
|---|---|
| **3:45 p.m.** | Direct examination by Ms. Lutz. |
| 4:08 p.m. | Cross-examination by Mr. McAllister. |
| 4:23 p.m. | Questions by the Court. |

**Exhibit received:** 41.
**4:25 p.m.    Witness excused**.

**Adverse witness sworn and testified on behalf of the plaintiff: DONALD R. SMITH:**
| | |
|---|---|
| **4:27 p.m.** | Direct examination by Ms. Brady. |
| 4:48 p.m. | Cross-examination. |
| 4:53 p.m. | Redirect examination by Ms. Brady. |
| 4:55 p.m. | Questions by the Court. |

**Exhibit received:** 32.
**5:00 p.m.    Witness excused**.

Argument.

**ORDER:**    Plaintiff's Motion for Preliminary Injunction **(4)** is **granted** as reflected on the record.  Signed Order to follow.

Counsel is directed to draft and submit a proposed Order.

**5:13 Court in recess/hearing concluded**.

Total in-court time: 3:20