IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-CV-00217-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLD WIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

## DEFENDANT'S MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER AND RELEASE FUNDS

NOW COME Defendants by and through undersigned counsel Robert T. McAllister of Robert T. McAllister P.C., and respectfully request that this Court modify the Preliminary Injunction Order in this case and release the funds frozen to any individual seeking to rescind their loan agreement with Enterprises, LLC. In support thereof the Defendants state as follows:

1.     The SEC filed a complaint in this matter alleging that the Defendants were engage in a prime bank fraud scheme. The Court entered an Order freezing the client funds. Approximately $ 2.2 Million of the $ 2.5 Million of the funds are frozen in bank accounts at Bank of America and HSBC bank and Citywide Banks. The Defendants have filed affidavits with detailed accountings showing use of the funds. The remainder in

excess of $300,000.00 of the funds are still under the control of the Defendants lawyers for use in making a full $2.5 million refund offer to all Enterprise, LLC clients..

2.   The SEC notified all 15 of the Enterprise, LLC clients of the alleged fraud set forth in the complaint.  Four of the clients signed and sent statements to the SEC requesting that they their funds be released to the control of  Enterprise, LLC and Brian Prendergast. *See* Exhibits 1 - 4.  Another five clients signed affidavits stating they wished to complete the transaction with Enterprises, LLC.  *See* Exhibits 5 - 12.  At this time, all of the funds should be returned to the clients.  Neither Enterprises, LLC or Worldwide Equity Corporation is willing to retain or accept any more funds in light of the SEC lawsuit and the Court's Preliminary Injunction Order.

3.   The statements of the Enterprise clients are attached as Exhibit 1 - 12.  A representative sample of the statements is as follows:

> You advised us yesterday that the SEC has frozen bank accounts of Enterprises, LLC as well as Worldwide Equity Corporation.  Because of this freeze we are very concerned about receiving our distributions as planned.  We have budgeted around receiving these distributions to supplement our retirement income and are relying on it to help make our monthly obligations.  If this money stays tied up we could lose our home.
>
> We do appreciate your concern in this matter and making sure that it is a legitimate transaction.  This is our life savings and it would be a devastating blow if we lost it. We have no reason to believe that any wrong doing has been committed by Mr. Prendergast, Mr. Smith or Mr. Enwia.  We fully trust Mr. Prendergast to deliver on his promises if given the opportunity to do so and we here by request that the SEC unfreeze these accounts and allow the parties involved to complete their business transactions as scheduled.

> At this point we have not lost any money. Again, let us say
> we appreciate the SEC's involvement to make sure our money
> is safe and that it is being used in a legitimate transaction. We
> are sure after quick review you will conclude, as we have, that
> this is a safe investment and will release the accounts so we
> can start receiving our monthly distributions. We cannot
> stress enough how much we are depending on those monthly
> distributions. Please conclude your investigation ASAP and
> release our funds. Thank You for your help in this matter.
>
> Sincerely
> Michael C. Wible
> Janie M. Wible

4. The SEC refuses to release the frozen funds to the individual Enterprise, LLC clients because it seeks to obtain monetary penalties from the Defendants for allegedly engaging in a fraudulent scheme to sell securities without registering them with the SEC. The Defendants submit they are not engaged in a fraudulent scheme and their loan agreements do not constitute the sale of a security. The SEC refusal to release the funds damages both the Defendants and the individuals who have a right to use their funds as they determine what is best for them. If the SEC is successful in obtaining penalties against the Defendant the penalties should be paid by the Defendants and not be paid with money from the individuals.

Accordingly the Defendants request that the Court vacate the portion of the February 13 2009 Order freezing funds and allow the money to be returned to any individual who requests a refund pursuant to the directions of the individuals with signed affidavits attached as Exhibits 1 - 12.

Respectfully submitted this 8th day of March, 2009

>ROBERT T. McALLISTER, P.C.
>*Duly signed original on file at the offices of*
>*Robert T. McAllister P.C.*
> s/ Robert T. McAllister
>Robert T. McAllister
>5845 W Mansfield Ave
>Unit 259
>Denver, CO 80235
>(303) 478 - 3287

## CERTIFICATE OF MAILING

I hereby certify that on this 8th day of March, 2009, a true and correct copy of the foregoing was filed via CM/ECF to be served by the Clerk of the Court as follows:

Julie K. Lutz - lutzj@sec.gov

>*Duly signed original on file at the offices of*
>*Robert T. McAllister P.C.*
> s/ Sarah Culver