IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00217-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

## ORDER TO SET LAW AND MOTIONS HEARING

This matter is before the Court *sua sponte*. The Court notes the following outstanding motions are fully briefed:

    Doc. # 22    Plaintiff's Motion For Show Cause Order; and
    Doc. # 27    Defendants' Motion To Modify Preliminary Injunction Order and To Release Funds.

IT IS HEREBY ORDERED that a hearing on the above motions is set for **April 22, 2009 at 8:30 a.m.** The Court has set aside one hour for this hearing.

    DATED: March __16__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge