## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: 09-cv-000217-CMA

---

Civil Action No. 09-cv-00217-CMA

| *Parties:* | *Counsel:* |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Nancy Gegenheimer |
| | Rebecca Franciscus |
| Plaintiff, | |
| v. | |
| ENTERPRISES, LLC, | Robert McAllister |
| BRIAN V. PRENDERGAST, | |
| WORLDWIDE EQUITY CORPORATION, | |
| DONALD R. SMITH, and | |
| YUAIL I. ENWIA, | Bardford Lam |
| Defendant. | |

---

## COURTROOM MINUTES
---

HEARING: Law and Motion

**8:36 a.m.    Court in session**.

Also present: Plaintiff's paralegals Marla Pinkston and Cathy Prince.

Argument.

**ORDER:**   Plaintiff's Motion for Show Cause Order **(22)** is **deferred**.

**ORDER:**   Defendant's Motion to Modify Preliminary Injunction Order and Release Funds **(27)** is **denied**.

**ORDER:**   Defendants' Motion for Distribution of Client Funds **(31)** is **denied**.

**ORDER:** Defendant Yuail I. Enwia's Motion to Establish a Court Registry Investment System Account **(36)** is **granted**. The account and transfer shall take place on or before May 8, 2009.

Counsel shall draft and submit to the Court a Proposed Order as discussed on the record.

**9:02 a.m.    Court in recess/hearing concluded**.

Total in-court time: 00:26