**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-CV-00217-CMA
SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

---

**ORDER DIRECTING THAT FROZEN FUNDS
BE TRANSFERRED INTO CRIS ACCOUNT**

---

THIS matter is before the Court on the parties Stipulated Motion to Order Citywide Banks to Transfer All Funds to Court Registry Investment System (Doc. # 44), filed April 23, 2009.  It is hereby

ORDERED that all funds frozen in the following listed accounts be transferred to the CRIS account no later than May 8, 2009.  Such transfer shall be accompanied by a completed form in the form of the attached fax cover sheet,  attachment A, specifying that payment is made pursuant to this Order.  By making this payment, Defendants in this action relinquish all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendants.  These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest bearing account until further order of the Court.  In accordance with 28 U.S.C.

§ 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Fund a fee equal to ten percent of the income earned on the Fund.  Such fee shall not exceed that authorized by the Judicial Conference of the United States.  The Commission may propose a plan to distribute the Fund subject to the Court's approval.

**LIST OF ACCOUNTS UNDER DEFENDANT PRENDERGAST'S CONTROL**
**(ALL FUNDS TO BE PAID INTO CRIS ACCOUNT)**

| Bank Name | Last 4 Digits of Account No. | Name(s) on Account |
|---|---|---|
| American National Bank | ending 9124 | Enterprises, LLC |
| Public Service Employees Credit Union | ending 8961 | Enterprises, LLC |

IT IS FURTHER ORDERED that, after all funds in the foregoing listed accounts have been transmitted to the CRIS account, and the receipt of such funds has been confirmed by the Clerk of Court, the foregoing accounts are to be unfrozen and no longer subject to the Court's Preliminary Injunction Order.

IT IS FURTHER ORDERED that Citywide Bank shall transfer all funds frozen pursuant to the Order, but no more than $326,980 to the CRIS account no later than May 8, 2009.  Such transfer shall be accompanied by a completed form in the form of the attached fax cover sheet,  attachment A, specifying that payment is made pursuant to this Order.  The Funds, together with any interest and income earned thereon, shall be held in the interest bearing account until further order of the Court.  In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Fund a fee equal to ten percent of

the income earned on the Fund.  Such fee shall not exceed that authorized by the Judicial Conference of the United States.

DATED: May   1  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge