## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-00217-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

## ORDER TO SET LAW AND MOTIONS HEARING

This matter is before the Court *sua sponte*. It is hereby

ORDERED that a hearing on the following outstanding motions is set for **July 14, 2009 at 9:00 a.m.**:

1) Plaintiff's Motion for Show Cause Order and Certification Under D.C.COLO.LCIVR 7.1 (Doc. # 22);

2) Stipulated Motion To Order Citywide Banks To Transfer All Frozen Funds To Court Registry Investment System (Doc. # 44);

3) Motion for Order Requiring Full Accounting of All Funds Sent To Citywide Bank Related To This Matter (Doc. # 46);

4) Defendant Yuail I. Enwai's Motion for Limited Relief From Preliminary Injunction and Asset Freeze (Doc. # 59);

5) Defendant Brian Prendergast's Motion for Distribution of Client Funds (Doc. # 61);

6) Corrected Motion of Plaintiff for Partial Distribution of Funds from CRIS Account To Investors (Doc. # 65); and

7) Defendant Brian Prendergast's Third Motion for Distribution of Client Funds (Doc. # 66).

The Court has set aside 90 minutes for this hearing. The Court notes that many of these motions have not yet been fully briefed and expects such motions to be fully briefed before the July 14th hearing date.

DATED: May   27  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge