IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00217-CMA-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on Plaintiff's Response to Order to Show Cause [79] (Doc. # 80). The Court has reviewed the file and the Plaintiff's request for an additional 45 days within which to finalize the resolution of the remaining relief claims between the parties, which are subject to the approval by the Commission in Washington, D.C. It is therefore

ORDERED that the a 45-day extension to December 4, 2009, is GRANTED. It is

FURTHER ORDERED that Plaintiff shall file a notice of approval of settlement and motion to dismiss within 10 days of receipt of the approval from the Commission in Washington, D.C. or a status report on or before December 4, 2009, explaining why the

finalization of the resolution of the remaining relief claims between the parties has not been accomplished.

DATED: October 20, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge