UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00217-CMA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

---

This matter is before the Court on Plaintiff's Motion for Entry of Judgment Against Defendants Brian V. Prendergast and Donald R. Smith (Doc. # 83). The Court having reviewed the Motion and being fully apprised of the premises, GRANTS the Motion.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Court certifies that judgment shall enter under Fed.R.Civ.P 54(b), and further determines that judgment is final as to Defendants Brian V. Prendergast and Donald R. Smith and there is no just reason for delay.

DATED: April 27, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge