**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00217-CMA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ENTERPRISES, LLC,
BRIAN V. PRENDERGAST,
WORLDWIDE EQUITY CORPORATION,
DONALD R. SMITH, and
YUAIL I. ENWIA,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION PURSUANT TO FED. R. CIV. P. 41(a)(2) TO DISMISS THE COMPLAINT AGAINST DEFENDANTS ENTERPRISES, LLC, WORLDWIDE EQUITY CORPORATION AND YUAIL I. ENWIA**

---

This matter is before the Court on Plaintiff's Motion To Dismiss the Complaint Against Defendants Enterprises, LLC, Worldwide Equity Corporation and Yuail I. Enwia (Doc. # 84). The Court having reviewed the Motion and being fully apprised of the premises, GRANTS the Motion.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Complaint filed in this matter on February 4, 2009 (Doc. # 1) is DISMISSED WITHOUT PREJUDICE as to Defendants Enterprises, LLC, Worldwide Equity Corporation and Yuail I. Enwia, each party to bear his or its costs.

DATED: April 27, 2018        BY THE COURT:

                                                              */s/ Christine M. Arguello*
                                                              _____
                                                              CHRISTINE M. ARGUELLO
                                                              United States District Judge